JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | | |
|---|---|---|
| RAY E. BENNETT, | ) | Case No. EDCV 08-1035-VAP (MLG) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| STEPHANIE SMITH, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: <u>September 11, 2008</u>

_____
Virginia A. Phillips
United States District Judge